# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0308.  DEMARCO H. STODGHILL v. THE STATE.**

In 2018, Demarco Stodghill pleaded guilty to armed robbery and was sentenced to 20 years in prison to serve 15. In 2021, Stodghill filed a document entitled "Evidentiary Hearing," in which he requested that the trial court quash his conviction and the indictment on the ground that it was fatally defective and void.[1] The trial court denied the motion, and this application for discretionary appeal followed. However, we lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); see also *Jones v. State*, 290 Ga. App. 490, 493-494 (1) & (2) (659 SE2d 875) (2008) (challenge to validity of indictment is challenge to conviction).  Our Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2). Thus, Stodghill is not authorized to collaterally attack his conviction in this manner.[2] See *Harper*, 286 Ga. at 218 (1) and

---

[1] Stodghill has not submitted a copy of his filing with his application materials, in violation of Court of Appeals Rule 31 (e).

[2] Stodghill's filing cannot be construed by this Court as a motion in arrest of judgment as it was not filed within the time permitted for such a motion. See OCGA § 17-9-61.

(2). Accordingly, this application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __05/14/2021__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*